LUBIN & ENOCH, P.C.
Stanley Lubin, AZ Bar No. 003076
349 North Fourth Avenue
Phoenix, Arizona 85003
(602) 234-0008
Fax: (602) 626-3586
stanley.lubin@azbar.org

Marcus C. Migliore, D.C. Bar No. 411674
James K. Lobsenz, D.C. Bar No. 432654
1625 Massachusetts Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 797-4084
Facsimile: (202) 797-4014
E-mail: marcus.migliore@alpa.org

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PAUL ALAN RHEUDASIL, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, a labor organization; et al.<br><br>　　　　Defendants. | Case No. 2:07-cv-01634-FJM<br><br>**Defendant's Notice of Settlement** |

　　　Pursuant to LRCiv 40.2(d), Defendant Air Line Pilots Association, International ("ALPA"), by and through undersigned counsel, hereby notifies the Court that it has settled its dispute with Plaintiff. ALPA anticipates that a

```
 1  stipulation for dismissal of this action will soon be filed
 2  with the Court.
 3          Respectfully submitted, this 9th day of January, 2009.
 4
 5
 6                                      LUBIN & ENOCH, P.C.
 7
 8                                      s/Stanley Lubin
                                        Stanley Lubin, Esq.
 9
10                                      Attorneys for Defendants
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2009, I electronically transmitted the attached Notice of Settlement to the U.S. District Court Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**dnutini@stklaw.com**

I hereby certify that on the 9th day of January, 2009, I served the attached Notice of Settlement by hand delivery on the following, who is a registered participant in the CM/ECF System, but requested a paper copy:

The Honorable Frederick J. Martone
United States District Court
Sandra Day O'Connor
 U.S. Courthouse, Suite 625
401 West Washington Street
Phoenix, Arizona 85003-2158


   s/Danette Valencia